UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Rex J. Roldan, Esquire (RR7961)
Washington Professional Campus
900 Route 168, Suite I-4
Turnersville, New Jersey 08012
(856) 232-1425   Fax (856) 232-1025
Attorney for Debtor

**Order Filed on January 2, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

PAUL H. POWERS, JR.

Case No.:  17-24820 (ABA)

Hearing Date:  January 2, 2018

Judge:  Andrew B. Altenburg, Jr.

Chapter:  7

Recommended Local Form:   ☒ Followed   ☐ Modified

# ORDER REOPENING CASE

The relief set forth on the following page is **ORDERED**.

**DATED: January 2, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the motion of _____debtor, Paul H. Powers, Jr.,_____, and for good cause shown, it is

ORDERED as follows:

1. This case is reopened.

2. ❏ A Trustee shall be appointed.

 ❏ A Trustee shall not be appointed.

3. ☒ The case shall be immediately reclosed.

 ❏ The case shall be closed within _____ days.

 ❏ The case shall be reviewed within _____ days for closing eligibility.

The successful party shall serve this Order on the debtor, any trustee and all parties who entered an appearance on this motion.

*rev.8/1/15*